IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | |
| : | Case No.: 7:22-CR-54 WLS |
| WILLIAM R. ALTMAN, : | |
| : | |
| Defendant. : | |
| : | |

## ORDER

The Court provided the Parties with notice that this case is scheduled for pretrial conference on Tuesday, January 17, 2023, at 3:00 p.m. and for trial on Monday, February 6, 2023 (Doc. 28). In the event the case is not ready for trial, the Parties were ordered to file a motion to continue at least two days prior to the date of the noticed pretrial conference. (*Id.*) The Defendant filed a timely Unopposed Motion for Continuance in the Interest of Justice (Doc. 29) ("Motion") requesting that the trial be continued to the next regularly scheduled Valdosta trial term.

Defense Counsel states that she received Government's discovery on November 14, 2022. Counsel states she needs additional time to investigate and review the discovery with Mr. Altman and investigate potential defenses in this case. Additionally, Defense Counsel needs more time to pursue plea negotiations in this case. Counsel further states that she discussed the continuance with counsel for the Government who does not oppose the Motion. Defense Counsel states that the above circumstances warrant finding excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161, *et seq.*, and that the ends of justice served by granting the continuance outweigh the best interests of the public and Defendant in a speedy trial.

Based on the Defendant's stated reasons, the Court finds that a continuance is required for Defendant's counsel to effectively prepare for trial. The Court further finds the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Motion (Doc. 29) is **GRANTED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be

**CONTINUED** to the Valdosta Division May 2023 term and its conclusion, or as may otherwise be ordered by the Court.  Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(i).

The January 17, 2023 pretrial conference is **CANCELLED**.

**SO ORDERED**, this 10th day of January 2023.

                                        /s/W. Louis Sands
                                        **W. LOUIS SANDS, SR. JUDGE**
                                        **UNITED STATES DISTRICT COURT**